IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICIA SYLING,

    Plaintiff,

v.                                          Case No. 4:17-cv-588-RH-GRJ

NANCY McDOWELL, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a federal inmate confined at Tallahassee FCI, initiated this case by filing a *pro se* civil rights complaint. (ECF No. 1.) Plaintiff failed either to pay the civil case filing fee or file a motion for leave to proceed as a pauper. The Court ordered Plaintiff either to pay the civil case filing fee or file a motion for leave to proceed as a pauper by January 28, 2018. (ECF No. 3.) The Court warned Plaintiff that "[f]ailure to comply with this order will result in [a] recommendation that this case be dismissed without further notice." (*Id.* at 2.) As of the date of this report and recommendation, however, Plaintiff has not paid the requisite filing fee, nor has she filed a motion for leave to proceed as a pauper.

A district court has inherent power to control its docket, which includes dismissing a case. *Quality Foods de Centro Am., S.A. v. Latin*

*Am. Agribusiness Dev. Corp., S.A.*, 711 F.2d 989, 998 (11th Cir. 1983). The Court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order. Fed. R. Civ. P. 41(b). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Durham v. Fla. E. Coast Ry. Co.*, 385 F.2d 366, 367 (5th Cir. 1967).

Despite a clear directive to either pay the filing fee or file a motion for leave to proceed as a pauper, and despite a clear warning that failure to comply with the Court's order would result in a recommendation that the case be dismissed without further notice, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court order and for failure to prosecute.

**IN CHAMBERS**, this 7th day of February 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A</u>

**copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**