**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


PATRICIA SYLING,

      Plaintiff,

v.                                  CASE NO.  4:17cv588-RH/GRJ

NANCY McDOWELL et al.,

      Defendants.

_____/


**ORDER OF DISMISSAL**


This case is before the court on the magistrate judge's report and recommendation ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on April 10, 2018.

                                s/Robert L. Hinkle
                                United States District Judge